UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KIM Y. TREVILLION, et al., <br> Plaintiffs, <br> v. <br> ST. JOSEPH HEALTH NORTHERN CALIFORNIA, LLC, et al., <br> Defendants. | Case No. 24-cv-02221-LB <br><br> **ORDER DISMISSING CASE** <br> Re: ECF No. 53 |

The plaintiffs sued St. Joseph Hospital and Dr. Rodriguez over their allegedly inadequate treatment of the plaintiffs' family member. All parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c)(1).[1] The hospital moved to dismiss for lack of standing and Dr. Rodriguez moved to dismiss for lack of service. The court directed the plaintiffs to file supplemental declarations on standing, address issues with service, and oppose Dr. Rodriguez's motion by February 17, 2025.[2] They did not. Thus, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 20, 2025

LAUREL BEELER
United States Magistrate Judge

---

[1] Consents – ECF Nos. 2, 14, 24.

[2] Order Directing Supplemental Submission – ECF No. 53.

ORDER – No. 24-cv-02221-LB