UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KIM Y. TREVILLION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ST. JOSEPH HEALTH NORTHERN CALIFORNIA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02221-LB<br><br>**JUDGMENT** |

On February 20, 2025, the court dismissed the case because the plaintiffs failed to effectuate service, oppose a motion to dismiss, and address potential issues with standing. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 20, 2025

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 24-cv-02221-LB